UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE ARMSTRONG | ) | |
|     First Plaintiff | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALAN GORDON | ) | Civil Action No. 16-403 |
|     Second Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| PETER KILMARTIN, | ) | |
| in his capacity as Attorney General for Rhode Island and | ) | |
| Providence Plantations    First Defendant | ) | |
| | ) | |

FILED 2016 OCT 24 A 11:41 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## MOTION FOR COMPLAINT AMENDMENT TIME EXTENSION

1. Plaintiffs seek leave to extend deadline for amending complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure, as the interests of justice require it.

2. Plaintiffs filed the original lawsuit based on circumstances that have both changed dramatically post-complaint, and the discovery of circumstances which have only become apparent post complaint (some of which were revealed primarily by the Defendant's highly unusual pre-trial

conduct). Since the original filing, the Defendant has committed serious process abuses and new fundamental rights breaches against the Plaintiffs. These changing and newly available circumstances require an amendment to the original filing.

3. Pre-trial process abuses included deliberately misleading this Court in a previous motion as to the date of effective service of the complaint, and several more serious than that. The pattern/style of the process abuses (including participation by third parties) reveals a much wider circle of collusion and corruption, requiring the addition of 20 (twenty) new Defendants, many or most of whom are current and/or retired Rhode Island State Police officers, chillingly. A reasonable delay is due.

4. For these reasons, Plaintiffs request a time extension until November 15 to amend the original complaint. Defendant's counsel has been notified of our intention to amend and advised to wait until amended complaint is available before responding. Plaintiffs have also requested mediation through defendant's counsel to mitigate costs.

| Anne Armstrong | Alan Gordon |
|---|---|
| [signature] [date] | [signature] [date] |
| 99 Hudson Pond Road | 99 Hudson Pond Road |
| West Greenwich, Rhode Island 02817 | West Greenwich, Rhode Island 02817 |

MOTION FOR AMENDMENT TIME EXTENSION
ARMSTRONG AND GORDON v KILMARTIN -- CA 16-403

### Affidavit of Reverend Doctor Anne Armstrong in Support of
### Motion for Amendment Time Extension

1. I am Rev. Dr. Anne Armstrong of 99 Hudson Pond Road, West Greenwich, Rhode Island.

2. On July 25th 2016, the Rhode Island (RI) State Attorney General motioned the RI State Supreme Court for a time extension, while the Plaintiffs were in jail, citing as reasons the existence of the federal complaint Civil Action No. 16-403 in District Court. That motion can be seen as ATTACHMENT 1.

3. On or about September 23rd 2016, however, the Attorney General motioned the Federal District Court for a time extension as well, citing as a reason an alleged fault in service. Service, however informal, *was clearly* effective, however, as evidenced by the Attorney General's motion to the July 25th 2016 RI State Supreme Court citing it. That motion is on file in the case, and is reproduced here as ATTACHMENT 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/16
Date

Anne Armstrong
Printed name

Anne Armstrong
Signature