*Attachment 1;*
*Defense Motion of July 25, 2016*
*Citing Federal Action*

STATE OF RHODE ISLAND
SUPREME COURT

ANNE ARMSTRONG and
ALAN GORDON

:
:
:
: SU-2016-187
: (KC-16-0599)
:
v.                                           :
:
STATE OF RHODE ISLAND et al.                 :
:

### DEPARTMENT OF ATTORNEY GENERAL AND STATE OF RHODE ISLAND'S MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO APPELLANTS' PETITION FOR A WRIT OF CERTIORARI

NOW COME, Appellees, the Department of Attorney General and the State of Rhode Island, (hereinafter, the "State"), pursuant to the Rules of Appellate Procedure, and hereby move for an Order of this Honorable Court enlarging the period of time to file their Response to Appellants' Petition for a Writ of Certiorari in the above-captioned case for an additional thirty (30) days, to **August 25, 2016**. As grounds for its motion, the State asserts that the legal issues presented in this appeal are complex thus requiring additional time. Also, Petitioners have also filed a similar case in federal court with extensive documents that the State wishes to have time to review.

WHEREFORE, the State respectfully requests an Order granting its Motion for Extension of Time and allowing an additional thirty (30) days, up to and including **August 25, 2016**, in which to file its Response.

Respectfully submitted,
Appellees,

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS and DEPARTMENT OF THE ATTORNEY GENERAL,

By their Attorney,

PETER F. KILMARTIN
ATTORNEY GENERAL

*/s/ Michael Resnick/*

*/s/ Susan Urso/*
_____
Susan E. Urso, #4688
Assistant Attorney General
Michael D. Resnick, #9028
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 exts. 2233/2301
(401) 222-2995 (fax)

## CERTIFICATION

I hereby certify that on this 25th day of July, 2016 a true copy of the within Motion was mailed, first class, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Anne Armstrong
Department of Corrections
Women's Facility
PO Box 8312
Cranston, RI 02920

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
Intake Service Center
PO Box 8249
Cranston, RI   02920

*/s/ Melissa Dirige/*

2