*Attachment 2, Defense Motion of 23rd Sept 2016*

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

ANNE ARMSTRONG and
ALAN GORDON
        **Plaintiffs**

     **v.**                            **C.A. NO. 16-403**

PETER KILMARTIN, in his capacity
as Attorney General
        **Defendant**

## MOTION FOR EXTENSION OF TIME

Now comes counsel for Defendant and hereby requests an extension of time up to and including October 31, 2016 within which to respond to Plaintiffs' initial pleading in this matter. As grounds, Counsel states Plaintiffs raise numerous issues in the instant matter that will entail a significant amount of research, and other business pressing in the office requires immediate attention. The initial pleading was served on the Defendant on September 14, 2016.

WHEREFORE, Defendant requests an extension of time up to and including October 31, 2016 to respond to Plaintiffs' pleading.

DEFENDANT
By His Attorney,

PETER F. KILMARTIN
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Susan E. Urso*

Rebecca Tedford Partington, (#3890)
Susan E. Urso, (#4688)
Assistant Attorneys General
150 South Main Street
Providence, RI  02903
(401) 274-4400
(401) 222-2995 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2016 I have e-filed the within document via the ECF filing system and that it is available for viewing and downloading.  On this date I have also mailed a copy of the within by first class mail, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

/s/ Melissa L. DiFonzo