UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANNE ARMSTRONG and
ALAN GORDON
       Plaintiffs

v.                                                  C.A. NO. 16-403

PETER KILMARTIN, in his capacity
as Attorney General
       Defendant

## ENTRY OF APPEARANCE

    Now comes Assistant Attorney General Susan E. Urso and enters her appearance for Defendant, Peter F. Kilmartin in his capacity as Attorney General in this matter.

                                     DEFENDANT
                                     By His Attorney,

                                     PETER F. KILMARTIN
                                     ATTORNEY GENERAL

                                     */s/ Susan E. Urso*
                                     _____
                                     Susan E. Urso, (#4688)
                                     Assistant Attorney General
                                     150 South Main Street
                                     Providence, RI 02903
                                     (401) 274-4400
                                     (401) 222-2995 FAX

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of October, 2016 I have e-filed the within document via the ECF filing system and that it is available for viewing and downloading. On this date I have also mailed a copy of the within by first class mail, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

                                                      */s/ Susan E. Urso*
                                                     _____