**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ANNE ARMSTRONG and
ALAN GORDON
        **Plaintiffs**

    v.                                   C.A. NO. 16-403

PETER KILMARTIN, in his capacity
as Attorney General
        **Defendant**

## RESPONSE TO PLAINTIFFS' "MOTION FOR COMPLAINT AMENDMENT TIME EXTENSION"

Plaintiffs have filed a "Motion for Complaint Amendment Time Extension," requesting that they be allowed to file an Amended Complaint on or before November 15.  While the Defendant has no objection to amendment in general, and believes that such an Amendment would normally be allowed by Rule 15 of the Federal Rules of Civil Procedure, the Plaintiffs have not attached the proposed amended pleading or a supporting memorandum that explains how the amended pleading differs from the original and why the amendment is necessary, pursuant to Local Rule 15.  Defendant is thus unable to determine whether it has more substantive objections to the amendment.  Defendant requests that the Plaintiffs re-file the Motion with the necessary supporting documents.

Based on these new developments, Defendant Kilmartin is also requesting that the deadline for filing the Response to the initial complaint (presently October 31, 2016) be vacated.

                                      DEFENDANT
                                      By His Attorneys,

                                      REBECCA TEDFORD PARTINGTON
                                      SUSAN E. URSO,
                                      ASSISTANT ATTORNEYS GENERAL

                                      */s/ Rebecca Tedford Partington*
                                      */s/ Susan E. Urso*

                                      _____
                                      Rebecca Tedford Partington, (#3890)
                                      Susan E. Urso, (#4688)
                                      Assistant Attorneys General
                                      150 South Main Street
                                      Providence, RI  02903
                                      (401) 274-4400
                                      (401) 222-2995 FAX

## CERTIFICATE OF SERVICE

  I hereby certify that on this 27th day of October, 2016 I have e-filed the within document via the ECF filing system and that it is available for viewing and downloading.  On this date I have also mailed a copy of the within by first class mail, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

                */s/ Rebecca Tedford Partington*
                _____