UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANNE ARMSTRONG, et al.

      v.                        CA NO.: 16-403 ML

PETER KILMARTIN, *in his
capacity as Attorney General for the
State of Rhode Island and Providence
Plantations*

## ORDER

Plaintiffs have filed a Motion seeking an extension of the "deadline" to file their Amended Complaint. Defendant does not object to the Court granting Plaintiffs' motion, however, he requests that their response time to the Motion be adjusted accordingly. The Court makes the following orders:

1. Plaintiffs' Motion is GRANTED; any Motion to Amend the Complaint shall be filed on or before November 15, 2016. Plaintiffs are reminded that their Motion papers must be in compliance with the Federal Rules of Civil Procedure and the Local Rules of this court;

2. Defendant's response to the Motion to Amend shall be filed on or before December 9, 2016 unless otherwise extended by the Court.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
October 28, 2016