UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FILED
2016 NOV 16 P 12: 25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANNE ARMSTRONG   First Plaintiff | ) | |
| and | ) | |
| | ) | |
| ALAN GORDON | ) | Civil Action No. 16-403 |
| Second Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| PETER KILMARTIN, | ) | |
| in his capacity as Attorney General for Rhode Island and | ) | |
| Providence Plantations   First Defendant | ) | |
| | ) | |

## MOTION FOR LEAVE TO AMEND

1. Plaintiffs seek leave to amend their complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure, despite taking a day longer than indicated in previous Motion of October 23 2016. New material circumstances and the interests of justice require it

2. One of the previously stated grounds for the Oct 23, 2016 leave sought was process abuse by Defense counsel pre-trial. It has happened again since then, in relatively life-threatening circumstances, as detailed in the amended Complaint.

MOTION TO FOR LEAVE TO AMEND
*ARMSTRONG AND GORDON v KILMARTIN ET AL* -- CA 16-403

3. The amendment for which leave is sought describes a ring of corrupt law enforcement officials, and their rampant abuses of fundamental rights, creating a tremendous pull of public interest.

4. For these reasons, Plaintiffs again seek leave to amend their Complaint, a day later than previously requested/granted.

Anne Armstrong                                                     Alan Gordon

_____ 11/16/16 and _____ Nov 16, 2016
St. Margaret o' Scotland
Pray for us!
[signature]        [date]                                [signature]        [date]

99 Hudson Pond Road                                    99 Hudson Pond Road

West Greenwich, Rhode Island 02817         West Greenwich, Rhode Island 02817