**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ANNE ARMSTRONG and**
**ALAN GORDON**
    **Plaintiffs**

  v.                C.A. NO. 16-403

**PETER KILMARTIN, in his capacity**
**as Attorney General**
    **Defendant**

## RESPONSE TO MOTION TO AMEND

 Now come the State Defendants, i.e., Peter Kilmartin in his capacity as Attorney General; Gina Raimondo in her capacity as Governor; Colonel Ann Assumpico in her official capacity as Colonel of the Rhode Island State Police and A.T. Wall in his official capacity as Director of the Department of Corrections and represent to the Court that they have no objection to the Motion to Amend filed by the Plaintiffs.  These Defendants request that they be allowed up to and until December 30, 2016 to file a single response to the Amended Complaint.

              DEFENDANTS
              By Their Attorneys,

              REBECCA TEDFORD PARTINGTON
              SUSAN E. URSO,
              ASSISTANT ATTORNEYS GENERAL

              */s/ Rebecca Tedford Partington*
              */s/ Susan E. Urso*
              _____
              Rebecca Tedford Partington, (#3890)
              Susan E. Urso, (#4688)
              Assistant Attorneys General
              150 South Main Street
              Providence, RI  02903
              (401) 274-4400 Exts. 2303/2233
              (401) 222-2995 FAX

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2016 I have e-filed the within document via the ECF filing system and that it is available for viewing and downloading.  On this date I have also mailed a copy of the within by first class mail, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

      */s/ Rebecca Tedford Partington*
      _____