UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ANNE ARMSTRONG and**
**ALAN GORDON**
        **Plaintiffs**

    v.                                                                 C.A. NO. 16-403

**PETER KILMARTIN, in his capacity**
**as Attorney General, et al.**
        **Defendants**

## MOTION TO DISMISS

Now come Defendants Peter Kilmartin, in his capacity as Attorney General for Rhode Island and Providence Plantations; Gina Raimondo, in her capacity as Governor of Rhode Island and Providence Plantations; Colonel Ann Assumpico, in her capacity as Colonel of the Rhode Island State Police; and Ashbel T. Wall II, in his capacity as Director of the Rhode Island Department of Corrections (collectively "the State Defendants"), and move this Court for an Order dismissing the instant action against them, for the reasons set out more fully in the Memorandum in Support filed herewith.

                                    STATE DEFENDANTS
                                    By Their Attorney,

                                    PETER F. KILMARTIN
                                    ATTORNEY GENERAL

                                    /s/ Rebecca Tedford Partington
                                    /s/ Susan E. Urso
                                    _____
                                    Rebecca Tedford Partington, (#3890)
                                    Susan E. Urso, (#4688)
                                    Assistant Attorneys General
                                    150 South Main Street
                                    Providence, RI  02903
                                    (401) 274-4400
                                    (401) 222-2995 FAX

CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of December, 2016 I have e-filed the within document via the ECF filing system and that it is available for viewing and downloading.  On this date I have also mailed a copy of the within by first class mail, postage prepaid to:

Anne Armstrong
99 Hudson Pond Road
West Greenwich, RI, 02817

Alan Gordon
99 Hudson Pond Road
West Greenwich, RI, 02817

      */s/ Susan E. Urso*

_____